IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00859-CMA-MJW

ROBERT CHAMP, a/k/a JASON KING,

    Applicant,

v.

ARISTEDES ZAVARAS, Executive Director of the Colorado Dept. of Corrections, and THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Respondents' Motion to Allow Filing and Acceptance of an Amended Answer (Doc. # 20) is GRANTED and Respondents' Amended Answer (Doc. # 21) is accepted as filed.

    DATED: December 29, 2008